# IVERSON REUVERS CONDON
## ATTORNEYS AT LAW



March 16, 2018

The Honorable John R. Tunheim
UNITED STATES DISTRICT COURT
300 South Fourth Street
Minneapolis, MN 55415

RE:   *Christianson v. Markquart*, No. CV 16-1034 (JRT/KMM)

Dear Judge Tunheim:

Pursuant to your January 17, 2018 Order, attached please find the executed Affidavit of Martin County Sheriff Jeffrey Markquart and the Martin County Resolution that was passed on March 6, 2018. As reflected in the Affidavit and Resolution, the Martin County Board of Commissioners passed a resolution terminating the pay-for-stay program in Martin County and ceasing all collection activities against past inmates. Accordingly, Sheriff Markquart affirms that neither he nor anyone else on his behalf will collect or attempt to collect from Mr. Christianson any debts resulting from pay-for-stay costs owed to Martin County.

Because Martin County will no longer charge or collect pay-for-stay fees under Minn. Stat. § 641.12, we believe that no procedures for doing so as outlined in Minn. Stat. § 641.12, subd. 3(b) are necessary. As such, we believe this Affidavit and Resolution satisfies this Court's requirement to comply with Minn. Stat. § 641.12. We respectfully request the Court notify us if this conclusion is in error.

Respectfully submitted,

IVERSON REUVERS CONDON

Jason M. Hiveley
Direct: (952) 548-7209
E-mail: jasonh@irc-law.com

MARK J. CONDON (1949-2016)
JON K. IVERSON
PAUL D. REUVERS
JASON J. KUBOUSHEK
JASON M. HIVELEY
SUSAN M. TINDAL
STEPHANIE A. ANGOLKAR
MEGAN C. KELLY
ANDREW A. WOLF

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Erik Daniel Christianson,        Court File No.16-cv-1034 JRT/KMM

        Plaintiff,

vs.

Jeffrey Markquart, in his official
capacity as Martin County Sheriff,

        Defendant.

---

### AFFIDAVIT OF JEFFREY MARKQUART

---

I, JEFFREY MARKQUART, after being first duly sworn upon oath, do hereby depose and state as follows:

1. I am the duly elected Sheriff for Martin County, Minnesota. I began serving in this role in 2010, and have since served in that official capacity during all times relevant to this matter.

2. On January 17, 2018, Chief Judge John R. Tunheim issued an Order directing me to create the procedures necessary to comply with Minn. Stat. § 641.12, subd. 3(b).

3. In response to the Order, I discussed our pay-for-stay program with our attorneys and with the Martin County Board of Commissioners and I explained the program was not cost effective and was difficult to maintain.

4. It was my recommendation the County terminate the pay-for-stay program and cease all collection activities against inmates including Mr. Christenson.

5. On March 6, 2018, the Martin County Board of Commissioners passed a resolution terminating the pay-for-stay program in Martin County and ceasing all collection activities against past inmates.

6. Attached hereto and incorporated herein as Exhibit 1 is a true and correct copy of a copy of the signed resolution terminating the pay-for-stay program in Martin County and ceasing all collection activities against past inmates.

7. Accordingly, I affirm that neither I nor anyone else on my behalf will collect or attempt to collect from Christianson any debts resulting from pay-for-stay costs owed to Martin County.

8. It is my understanding that because Martin County will no longer charge or collect pay-for-stay fees under Minn. Stat. § 641.12, no procedures for doing so as outlined in Minn. Stat. § 641.12, subd. 3(b) are necessary and I believe I have fully complied with Judge Tunheim's Order.

FURTHER THIS AFFIANT SAYETH NOT.

*Jeffrey Markquart*

STATE OF MINNESOTA)
                   ):ss
COUNTY OF MARTIN   )

Signed, attested, sworn to, and acknowledged before me on 14th March 2018, by Jeffrey Markquart.

KATHY JEAN PETERSON
Notary Public-Minnesota
My Commission Expires Jan 31, 2021

Notary Public
My commission expires: 31 Jan 2021

3

## Martin County Resolution

WHEREAS, Martin County had previously established a Pay-for-Stay Program pursuant to Minn. Stat. § 641.12 whereby inmates of the Martin County jail were assessed a fee for their stay in jail; and,

WHEREAS, the Martin County Sheriff has recommended that the Pay-for-Stay Program be terminated as no longer being economically feasible.

NOW, THEREFORE, BE IT RESOLVED, That the Martin County Board of Commissioners hereby declares that the Pay-for-Stay Program is terminated and inmates of the Martin County jail will no longer be charged for their stay.

BE IT FURTHER RESOLVED, That Martin County will cease any further collection efforts against inmates who had previously been charged for their stay at the Martin County jail.

Approved by the Board of Commissioners of Martin County this 6th day of March, 2018.

MARTIN COUNTY
BOARD OF COMMISSIONERS

By: _____
Board Chair

ATTEST:
_____
County Coordinator Scott Higgins